AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Thomas Uberto

Case No.

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Thomas Uberto__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building
40 U.S.C. § 5104(e)(2)(D)- Violent Entry and Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 01/05/2022

*Issuing officer's signature*
G. Michael Harvey
2022.01.05 15:50:42 -05'00'

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

## Return

This warrant was received on *(date)* 01/05/22, and the person was arrested on *(date)* 01/10/22
at *(city and state)* NEW WINDSOR, NY.

Date: 01/10/22

*Arresting officer's signature*

DETECTIVE BRIAN CALLAHAN
*Printed name and title*