**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | **Case No. 22-cr-007 (TSC)** |
| : | |
| **THOMAS UBERTO,** : | |
| : | |
| **Defendant.** : | |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STATUS CONFERENCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Richard Willstatter, counsel for Thomas Uberto ("the defendant"), hereby submit the following Joint Status Report.  The parties also respectfully move the Court to continue the Status Conference currently scheduled for August 19, 2022 to the week of August 29, 2022 and to convert the hearing to a plea agreement hearing and to exclude the intervening time under the Speedy Trial Act.  In support of the Motion, the parties represent:

1. The defendant is before the Court charged in an information with: Entering and Remaining in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(2); Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(D); and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code,  § 5104(e)(2)(G) (ECF No. 6).

2. The government has formally extended a plea offer to the defendant who has advised the plea offer is acceptable.  Time is needed to finalize plea agreement paperwork.

3. The parties believe it is in the interest of justice to toll the Speedy Trial Act while plea agreement paperwork is finalized and executed. The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i), (ii), and (iv), as well as 18 U.S.C. § 3161(h)(1)(G).

4. Therefore, the parties request the August 19, 2022 Status Conference be continued to the week of August 29, 2022, that the hearing be converted to a plea agreement hearing and that there is an exclusion of time under the Speedy Trial Act from August 19, 2022 through the schedule plea agreement hearing.

5. The defendant is out of custody.

6. The defendant concurs with this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   /s/
Douglas G. Collyer
Assistant United States Attorney
Capitol Riot Detailee
NDNY Bar No.: 519096
14 Durkee Street, Suite 340
Plattsburgh, NY 12901
(518) 314-7800
Douglas.Collyer@usdoj.gov

/s/
Richard Willstatter
Counsel for Thomas Uberto
Green & Willstatter
200 Mamaroneck Avenue, Suite 605
White Plains, New York 10601
(914) 948-5656
Willstatter@msn.com