UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
      -v.-                          : Case No. 22-cr-7-TSC
                                    :
THOMAS UBERTO,                      :
                                    :
            Defendant.              :
-------------------------------------------------------x
```

## MOTION TO CONTINUE SENTENCING DATE

The Defendant hereby moves to continue the sentencing date to a date to be set later.

Sentencing is currently set for December 16, 2022 at 11:00 a.m.

On Friday, December 9, 2022, the Court, through a law clerk, indicated it was considering adjourning the sentencing proceedings. Defense counsel has been unable to reach government counsel who is apparently traveling as indicated in his filing dated Oct. 21, 2022 (Dkt. 30) in which he wrote that he would be "traveling from Texas on December 12, 2022."

The defense is requesting January 9, 2023 at 1:00 p.m. for the sentencing, but needs to confer with government counsel upon his return. The parties need to be able to cancel their current travel plans in the meantime. Accordingly, we respectfully ask the Court to continue the sentencing date to a date to be selected later.

A proposed order is attached for the Court's consideration.

Dated:      December 12, 2022
            White Plains, New York

Respectfully submitted,

/s/ Richard Willstatter
RICHARD D. WILLSTATTER (PHV)
*Attorney for Thomas Uberto*
Green & Willstatter
200 Mamaroneck Avenue, Suite 605
White Plains, New York 10601
(914) 948-5656
Willstatter@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant Motion was served on all counsel of record this 12th day of December, 2022 via ECF.

/s/ Richard Willstatter
RICHARD D. WILLSTATTER (PHV)