UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
    -v.-                          : Case No. 22-cr-7-TSC
                                  :
THOMAS UBERTO,                    :
                                  :
    Defendant.                    :
-------------------------------------------------------x

## JOINT MOTION TO CONTINUE SENTENCING DATE

This Motion was prepared jointly by the parties and is respectfully submitted as the parties' joint response to the Court's Minute Order of December 13, 2022.

The parties have conferred and jointly propose a new date for the hearing, during the morning of January 18, 2023. Government counsel prefers January 18, 2023 inasmuch he has another sentencing in the United States District Court for District of Columbia a 2:00 p.m. that day. Mr. Uberto and his counsel are also available that day. The parties appreciate the Court's consideration of this request.

The parties can also confer with Court staff as to other dates and times if the Court cannot hear us on January 18, 2022.

Dated:    December 15, 2022
                White Plains, New York

                                          Respectfully submitted,

                                          /s/ Richard Willstatter
                                          RICHARD D. WILLSTATTER (PHV)
                                          *Attorney for Thomas Uberto*
                                          Green & Willstatter
                                          200 Mamaroneck Avenue, Suite 605
                                          White Plains, New York 10601
                                          (914) 948-5656
                                          Willstatter@msn.com

## CERTIFICATE OF SERVICE

    I hereby certify that the instant Motion was served on all counsel of record this 15th day of December, 2022 via ECF.

                                            /s/ Richard Willstatter
                                            RICHARD D. WILLSTATTER (PHV)