# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 22-cr-007 (TSC)** |
| **v.** : | |
| : | |
| **THOMAS UBERTO,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING OF ITEMS INCOMPATIBLE WITH CM/ECF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibits which are incompatible with CM/ECF filing. The items are two digital videos that are exhibits 1 and 2, which may be published by the government during the sentencing hearing. The government has no objection to the public release of these exhibits. The government has made the following video exhibits available to the Court electronically:

| Exhibit No. | File Name | Source | Time | Length |
|---|---|---|---|---|
| 1 | Uberto sentencing exhibit 1.3gp | Open-source internet via Defendant's phone | unknown | 32 second video |
| 2 | Uberto sentencing exhibit 2.3gp | Open-source internet via Defendant's phone | unknown | 26 second video |

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Douglas G. Collyer*
DOUGLAS G. COLLYER
Assistant United States Attorney
Detailee
NDNY Bar No. 519096

2

                United States Attorney's Office
                14 Durkee Street, Suite 340
                Plattsburgh, NY 12901
                Douglas.Collyer@usdoj.gov